# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2024

## NO. 03-23-00324-CV

**Reagan National Advertising of Austin, LLC, Appellant**

**v.**

**Daniel E. Leary, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### REVERSED AND VACATED IN PART -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on March 2, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment to the extent it made findings and granted relief against Reagan National Advertising of Austin, LLC and vacate those portions of the judgment. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.